**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-2221-RPM

DOROTHY BLACK,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

---

## ORDER GRANTING:  <u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE RESPONSIVE PLEADING OUT OF TIME

---

    Defendants' Motion for Leave to File Responsive Pleading Out of Time is GRANTED.

Defendants shall file their Responsive Pleading on or before November 23, 2007.

    Dated: November 14th, 2007

                                            BY THE COURT:

                                            s/Richard P Matsch

                                            _____

                                            Richard P. Matsch
                                            Senior District Judge