**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02221-RPM

DOROTHY BLACK,

       Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

       Defendant.

_____

## ORDER GRANTING: UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER AND FOR EXTENSION OF DEADLINES

_____

Plaintiff's Unopposed Motion to Modify Scheduling Oder and for Extension of Deadlines

is hereby GRANTED. The pre-trial deadlines are hereby extended as follows:

a. Endorsement of experts: September 30, 2008;

b. Rebuttal expert disclosures: November 15, 2008;

c. Discovery Cut-Off: January 1, 2008;

d. Dispositive Motion Deadline: January 30, 2008.

DATED this 19th day of June, 2008.

               BY THE COURT:

               s/Richard P. Matsch

               _____

               Richard P. Matsch, Senior  Judge