# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02221-RPM

DOROTHY BLACK,

Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant.

---

**ORDER RE: SECOND UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER AND FOR EXTENSION OF DEADLINES**

---

**THIS MATTER** comes before the Court on Plaintiff's Second Unopposed Motion to Modify Scheduling Order and for Extension of Deadlines. The Court having reviewed the Plaintiff's Motion and being fully advised in the premises, orders that Plaintiff's Motion is **GRANTED**. The pre-trial deadlines are hereby extended as follows:

| | | |
|---|---|---|
| a. | Endorsement of experts: | December 1, 2008; |
| b. | Rebuttal expert disclosures: | January 1, 2009; |
| c. | Discovery Cut-Off: | February 16, 2009; |
| d. | Dispositive Motion Deadline: | March 16, 2009. |

Dated this 9th day of September, 2008.

              **BY THE COURT:**

              s/Richard P. Matsch
              _____
              Richard P. Matsch, Senior Judge