IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02221-RPM

DOROTHY BLACK,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING STIPULATION FOR DISMISSAL

Upon the parties' Stipulated Motion for Dismissal With Prejudice, this action is hereby DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: October 9th, 2008.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Honorable Richard P. Matsch
        Senior District Judge